FILED

12/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0532

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0532

DARRELL LEE CONSTRUCTION, LLC,

      Third Party Plaintiff
      and Appellant,

    v.

SUPERIOR HARDWOODS AND
MILLWORK, INC.
d/b/a GRIZZLY FLOORING
INSTALLATION,

      Third Party Defendant
      and Appellee.

**THIRD** ORDER
OF MEDIATOR APPOINTMENT

Nathan G. Wagner, the mediator previously appointed in this matter, has notified the Court that he declines the appointment. Accordingly, Mr. Wagner's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT **MARTIN S. KING,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 8th day of December, 2021.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    Nathan G. Wagner, Jon G Beal, Kristine J. Beal, Ian Philip Gillespie, Martin S. King